1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Raymond Ballister Jr., Esq., SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7
   Craig D. McMahon
8  craig.mcmahon@kts-law.com
   Eli A. Gordon (SBN 252823)
9  Eli.Gordon@kts-law.com
   KIMBALL, TIREY & ST. JOHN LLP
10 915 Wilshire Boulevard, Suite 1650
   Los Angeles, CA 90017
11 Telephone: (213) 337-0050
   Facsimile: (213) 929-2212
12 Attorneys for Defendants
   Gary Richards
13

14           UNITED STATES DISTRICT COURT
15           CENTRAL DISTRICT OF CALIFORNIA

16 | NEHEMIAH KONG,                 ) Case No.: 2:18-CV-04173-RSWL-FFM
17 |        Plaintiff,              ) **JOINT NOTICE OF SETTLEMENT**
18 |    v.                          )
19 | GARY RICHARDS; and Does 1-10,  )
20 |        Defendants.             )
21 |                                )

1  The Parties hereby jointly notify the court that this matter has been resolved to
2 the satisfaction of all parties and the parties are circulating an agreement to confirm
3 resolution.

5 Dated:                        CENTER FOR DISABILITY ACCESS

7                               By:  /s/ Phyl Grace
                                     Phyl Grace
8                                    Attorneys for Plaintiff

10 Dated:                       KIMBALL, TIREY & ST. JOHN LLP

12                              By:  /s/ Craig McMahon
                                     Craig D. McMahon
                                     Eli A. Gordon
13                                   Attorney for Defendants

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Craig D. McMahon, counsel for Gary Richards, respectively, and that I have obtained Mr. McMahon's authorization to affix his electronic signature to this document.

Dated:                      CENTER FOR DISABILITY ACCESS

                                 By:  /s/ Phyl Grace
                                        Phyl Grace
                                        Attorney for Plaintiff