CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Craig D. McMahon
craig.mcmahon@kts-law.com
Eli A. Gordon (SBN 252823)
Eli.Gordon@kts-law.com
KIMBALL, TIREY & ST. JOHN LLP
915 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017
Telephone: (213) 337-0050
Facsimile: (213) 929-2212
Attorneys for Defendants
Gary Richards

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>   Plaintiff,<br><br>   v.<br><br>GARY RICHARDS; and Does 1-10,<br><br>   Defendants. | Case: 2:18-CV-04173-RSWL-FFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 5, 2018         CENTER FOR DISABILITY ACCESS

                                By: /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff

Dated: November 5, 2018         KIMBALL, TIREY & ST. JOHN LLP

                                By: /s/ Craig D. McMahon
                                    Craig D. McMahon
                                    Eli A. Gordon
                                    Attorneys for Defendants
                                    Gary Richards

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Craig D. McMahon, counsel for Gary Richards, respectively, and that I have obtained Mr. McMahon's authorization to affix his electronic signature to this document.

Dated: November 5, 2018      CENTER FOR DISABILITY ACCESS

                                         By: /s/ Phyl Grace
                                                Phyl Grace
                                                Attorneys for Plaintiff